# UNITED STATES COURT OF APPEALS
# FIFTH CIRCUIT

_____

No. 00-20655
_____

In the Matter Of: STOLLER CHEMICAL CO,

Debtor,

PAMELA GALE JOHNSON, Trustee,

Appellant,

versus

SOUTHWIRE COMPANY; GASTON COPPER RECYCLING CORPORATION; BRUCE E BETTERTON; HY-TEX MARKETING INC; ARTHUR G HEINEL; ROBERT D WEAVER

Appellees.

Appeal from the United States District Court
For the Southern District of Texas
USDC No. H-94-CV-3074

December 3, 2001
Before EMILIO M. GARZA, PARKER, and DENNIS, Circuit Judges.

PER CURIAM*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.  See 5th Cir. Loc. R. 47.6.